IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-81346-SMITH

TOMAS MAIRENA,
JOEL JACINTO,
GABRIEL PEREZ GODINEZ, and
QUEIN ARIEL JACINTO FIGUEROA

    Plaintiffs,

v.

TRADESTAFF MANAGEMENT, INC.,
a Florida profit corporation, and
MITCHELL J. DAIGLE

    Defendants.

_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs, TOMAS MAIRENA, JOEL JACINTO, GABRIEL PEREZ GODINEZ, and QUEIN ARIEL JACINTO FIGUERO, and Defendants, TRADESTAFF MANAGEMENT, INC. And MITCHELL J. DAIGLE, by and through their undersigned counsel hereby jointly request that this Court approve their settlement and dismiss this matter with prejudice and state as follows:

On August 19, 2020, the Plaintiffs filed their Complaint alleging overtime violations under the FLSA. The Defendants deny that they violated the FLSA in any manner, however, the parties have been able to reach a settlement concerning the Plaintiffs' claims that were paid in full, and have incorporated said settlement into a settlement agreement executed by both of the Parties.

Pursuant to <u>Lynn's Food Stores, Inc. v. U.S</u>, 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled only with the approval of the Court or Secretary of Labor. The

Parties stipulate that the negotiated settlement reached between the Parties represents a "fair" resolution of Plaintiffs' FLSA claims as well as Plaintiffs' reasonable attorneys' fees and costs. The Parties also stipulate that the settlement reached between them advances judicial economy.

Under the Agreement the Plaintiffs will be paid as follows:

- To Jacinto $1,200.00 for back wages and liquidated damages
- To Mairena $2,159.52 for back wages and liquidated damages
- To Godinez $1,008.00 for back wages and liquidated damages
- To Figueroa $1,200.00 for back wages and liquidated damages

Under the Agreement Scott Wagner & Associates, P.A. shall receive $3,932.75 as full and final payment of attorney's fees and costs. As set forth on Exhibit A, Plaintiff's counsel's firm spent 12.7 hours on this matter for a total of $3,851.80. The rates sought for the timekeeper are as follows: Ms. Scott's rate (board certified in labor and employment law) is $450.00/per hour, Associate Attorney Amanda Carbone $225; senior paralegal Ashley Prescott $125 (certified paralegal) and paralegal Stephanie Houska $95.00 (13 year employee). The firm expended costs for filing fee and service of process in the amount of $523.52. (See Exhibit A). The firm agrees to the reduced amount of $3,932.75

In the Plaintiffs' Complaint, the Plaintiffs sought damages in their complaint as follows:

- Jacinto $800 in back wages, equal amount as liquidated
- Mairena $1,437.50 in back wages, equal amount as liquidated
- Godniez $672.00 in back wages, equal amount as liquidated
- Figueroa $800.00 in back wages, equal amount as liquidated

The parties did not agree on the amounts sought. In order to accomplish a settlement, the parties compromised on the amount of liquidated damages.

The Parties further stipulate to the dismissal, with prejudice, of this action of all claims asserted, upon approval by the Court as requested above with each party to bear its own attorney's fees and costs. The Parties further request this Court retain jurisdiction to enforce that the

Settlement Agreement entered into by and between the Parties. (See Settlement Agreement attached hereto as Exhibit "B").

Dated this 25th day of September 2020.

| | |
|---|---|
| s/Cathleen Scott<br>Cathleen Scott, Esq.<br>Florida Bar No.: 135331<br>Primary e-mail: CScott@scottwagnerlaw.com<br>Secondary e-mail: mail@scottwagnerlaw.com<br>SCOTT WAGNER & ASSOCIATES, P.A.<br>Jupiter Gardens<br>250 South Central Boulevard, Suite 104-A<br>Jupiter, FL 33458<br>Telephone:   (561) 653-0008<br>Facsimile:    (561) 653-0020<br> Secondary Address:  101 Northpoint Parkway<br>West Palm Beach, FL 33407<br>www.ScottWagnerLaw.com | s/Joshua B. Loren<br>Joshua B. Loren, Esq.<br>Florida Bar 1017897<br>Email: jloren@lorenkeanlaw.com<br>Loren & Kean Law<br>7111 Fairway Drive<br>Suite 302<br>Palm Beach Gardens, FL 33418<br>Telephone: (561)615-5701 |