UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 20-cv-81346-Matthewman

TOMAS MAIRENA, et al.,

    Plaintiffs,

vs.

TRADESTAFF MANAGEMENT, INC.,
a Florida profit corporation, and
MITCHELL J. DAIGLE,

    Defendants.

_____/

FILED BY____KJZ____D.C.
Oct 7, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER GRANTING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE [DE 6], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice ("Motion") [DE 6]. In their Motion, the parties seek an Order approving their settlement and dismissing this action with prejudice. *Id.* Attached to the Motion are Plaintiffs' counsel's billing records [DE 6-1] and the executed Settlement Agreement and General Release [DE 6-2].

The Court held a fairness hearing via Zoom video teleconference (VTC) on October 6, 2020, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiffs' claims alleging violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* At the hearing, the parties' counsel represented that the settlement is fair and reasonable and that Plaintiffs and Defendants are in agreement with the terms of the settlement.

The Court has reviewed the Motion, the parties' Settlement Agreement and General Release and the entire file in this case, has considered all of the factors outlined in *Lynn's Food*

*Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiffs are being paid an amount they believe they are owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiffs' FLSA claim as set forth in the settlement agreement between Plaintiffs and Defendants to be fair and reasonable. The Court also finds that the settlement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 6] is **GRANTED**.
2. The parties' settlement is **APPROVED**.
3. The above-style action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge